# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In re:  Sharon K. Williams,  CASE NO. 13-51567
       James L. Williams,  JUDGE C. Kathryn Preston
           Debtors.  CHAPTER 7

## NOTICE OF CHANGE OF ADDRESS

Now comes Counsel for Debtors, Sharon K. Williams and James L. Williams, and notifies this Court that Debtors have a change of address and now live at 3330 Lyon Springs Road, Sevierville, TN 37862.

                                      */s/ Shannon M. Treynor*
                                      Shannon M. Treynor, Esq. (0072813)
                                        63 North Main Street
                                        P.O. Box 735
                                        London, Ohio 43140
                                        PH: (740) 845-1889
                                        FAX: (740) 845-2919
                                        Attorney for Debtor

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was served electronically on the parties listed below through the Court's ECF system at the e-mail address registered with the Court, or by ordinary U.S. Mail, on this 1st day of November, 2017

U.S. Trustee Office, ustpregion09.cb.ecf@usdoj.gov
Amy L. Bostic, abostic@lnlattorneys.com
DLJ Mortgage Capital, Inc., ohbk@rslegal.com
Ohio Department of Taxation, bgianangeli@mifsudlaw.com

Select Portfolio Servicing, Inc.        U.S. Bank Trust, N.A.
3815 South West Temple               323 5th Street
Salt Lake City, UT 84115              Eureka, CA 95501

Sharon K. Williams  
3330 Lyon Springs Road  
Sevierville, TN 37862  

James L. Williams  
3330 Lyon Springs Road  
Sevierville, TN 37862  

*/s/ Shannon M. Treynor*  
Attorney for Debtors